IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

PHYLLIS RICHEY,                    ]
                                   ]
        Petitioner,                ]
                                   ]
vs.                                ]        CV-04-UWC-RRA-0087-NW
                                   ]
WARDEN GLADYS DEESE and            ]
THE ATTORNEY GENERAL FOR           ]
THE STATE OF ALABAMA,              ]
                                   ]
        Respondents.               ]

## Memorandum Opinion

This is a petition for a writ of habeas corpus brought by a person in custody under a judgment of a court of the State of Alabama.  28 U.S.C. § 2254.  On December 6, 2006, the magistrate issued a report and recommendation where he recommended that the petition for a writ of habeas corpus be DISMISSED because it is barred by the statute of limitations.  The time for filing objections has expired and no party has objected to the recommendation of the magistrate.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  An appropriate order will be entered.

DONE and ORDERED this 28th day of December, 2006.

U.W. Clemon
United States District Judge